# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



Chun Liang Bao

E-FILING

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

C07 03468 RMW

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
David Still, San Francisco District Director, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

HRL

TO: (Name and address of defendant)

Robert S. Mueller, III
Director of FBI
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, DC 20536-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 7-2-07

(BY) DEPUTY CLERK

Sandy Morris

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-FILING

ADR

Chun Liang Bao

v.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
David Still, San Francisco District Director, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07 03468 RMW

HRL

TO: (Name and address of defendant)

Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
Sandy Morris

DATE 7-2-07

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Chun Liang Bao

v.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
David Still, San Francisco District Director, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07 03468 RMW HRL

E-FILING

TO: (Name and address of defendant)

David Still
San Francisco District Director
U.S. Citizenship and Immigration Services
San Francisco District Office
630 Sansome Street
San Francisco, CA 94111

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
Sandy Morris

DATE 7-2-07

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-FILING
ADR

Chun Liang Bao

v.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
David Still, San Francisco District Director, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07 03468 RMW
HRL

TO: (Name and address of defendant)

Emilio T. Gonzalez
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
Sandy Morris

DATE 7-2-07

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Chun Liang Bao

v.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
David Still, San Francisco District Director, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07 03468 RMW HRL

E-FILING
ADR

TO: (Name and address of defendant)

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 7-2-07

(BY) DEPUTY CLERK
Sandy Morris

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE  7/6/2007 |
| Name of SERVER  Bo Li | TITLE  Office Administrator |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other *(specify)*:

        Certified mail with return receipt

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | U.S.P.S. | $44.47 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    7/6/2007
          Date

*Signature of Server*   Law Offices of Jean D. Chen
                                   2107 N. First Street, Suite 300
                                   San Jose, CA 95131

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure






**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

SAN JOSE, CA 95113
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.65  0002 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.45  07/06/2007 |

Postmark Here — SAN JOSE

7006 0100 0006 3246 0748

Sent To: U.S. Attorney
Street, Apt. No.; or PO Box No.: 150 Almaden Blvd, Suite 900
City, State, ZIP+4: San Jose, CA 95113

PS Form 3800, June 2002    See Reverse for Instructions



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7006 0100 0006 3246 0748**
Status: **Delivered**

Your item was delivered at 11:28 AM on July 9, 2007 in SAN JOSE, CA 95113.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust     Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>[signature] |
| 1. Article Addressed to:<br><br>Attn: U.S. Attorney<br>United States Attorney's Office<br>150 Almaden Blvd., Suite 900<br>San Jose, CA 95113 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0006 3246 0748 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am an employee of the Law Offices of Jean D. Chen and my business address is:

2107 N. First St., Suite 300, San Jose CA, 95131

On __7-6-07__ I served:

1) Summons in a Civil Action;
2) Plaintiff's original complaint for petition for hearing on naturalization application under 8 U.S.C. §1447(b);
3) Order setting initial case management conference and ADR deadlines; contents of joint case management statement; standing order regarding case management in civil cases; standing order regarding pretrial preparation;

on the persons or entities named below, for the case Bao v. Gonzales, et al., (07-03468 RMW) by placing said documents in an envelope, which was then sealed, with postage fully paid and addressed as follows:

Alberto R. Gonzales (By certified mail with return receipt)
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Michael Chertoff (By certified mail with return receipt)
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

Emilio T. Gonzalez (By certified mail with return receipt)
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

David Still (By certified mail with return receipt)
San Francisco District Director
U.S. Citizenship and Immigration Services
San Francisco District Office
630 Sansome Street
San Francisco, CA 94111

Robert S. Mueller, III (By certified mail with return receipt)
Director of FBI
Federal Bureau of Investigation

Proof of Service:                                                1
Bao v. Gonzales, et al.

J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, DC 20536-0001

United States Attorney's Office (By Certified Mail with Return Receipt)
150 Almaden Blvd., Suite 900
San Jose, CA 95113

Office of the General Counsel (By Certified Mail with Return Receipt)
U.S. Department of Homeland Security
Washington, DC 20528

Date of mailing: __7-6-07__ Place of mailing: San Jose, California.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this __7-6-07__ at San Jose, California

_____
Bo Li

Proof of Service:                                      2
Bao v. Gonzales, et al.