1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4 | Assistant United States Attorney

5 |   450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 |   Telephone: (415) 436-6730
FAX: (415) 436-6927
7 |
Attorneys for Defendants
8 |

9 |                     UNITED STATES DISTRICT COURT

10 |                 NORTHERN DISTRICT OF CALIFORNIA

11 |                       SAN JOSE DIVISION

12 | CHUN LIANG BAO,                          )
                                            )  No. C 07-3468 RMW
13 |                 Plaintiff,              )
                                            )
14 |          v.                            )
                                            )  **STIPULATION TO DISMISS; AND**
15 | ALBERTO GONZALES, United States Attorney )  **[PROPOSED] ORDER**
General, United States Department of Justice; )
16 | MICHAEL CHERTOFF, Secretary, Department  )
of Homeland Security;                       )
17 | EMILIO T. GONZALEZ, Director, United States )
Citizenship and Immigration Services;        )
18 | DAVID STILL, San Francisco District Director, )
United States Citizenship and Immigration    )
19 | Services; ROBERT S. MUELLER, III, Director of)
the Federal Bureau of Investigation,         )
20 |                                          )
                 Defendants.                 )
21 | _____ )

22 |

23 |      Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

24 | of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

25 | action without prejudice in light of the fact that the United States Citizenship and Immigration

26 | Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

27 | within 30 days of the dismissal of this action.

28 |      Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C07-3468 RMW                              1

1  Dated: September 6, 2007                         Respectfully submitted,

2                                                   SCOTT N. SCHOOLS
                                                    United States Attorney
3

4
                                                    _____/s/_____
5                                                   MELANIE L. PROCTOR
                                                    Assistant United States Attorney
6                                                   Attorney for Defendants

7

8
   Dated: September 6, 2007                         _____/s/_____
9                                                   JUSTIN FOK
                                                    Attorney for Plaintiff
10

11

12                                    **ORDER**

13        Pursuant to stipulation, IT IS SO ORDERED.

14

15
   Date:                                            _____
16                                                  RONALD M. WHYTE
                                                    United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-3468 RMW                              2