1  Justin Fok, Esq., CA Bar: 242272
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 400
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5

6  Attorney for Plaintiffs
   Chun Liang Bao
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12 **Chun Liang Bao**,                ) Case No.  07-3468 RMW
                                      )
13         Plaintiff,                 )
                                      )
14     v.                             )
                                      ) **NOTICE OF CHANGE OF ADDRESS**
15 **Alberto Gonzales**, United States Attorney )
   General, United States Department of Justice; )
16 **Michael Chertoff**, Secretary, Department of )
17 Homeland Security;                 )
   **Emilio T. Gonzalez**, Director, United States )
18 Citizenship and Immigration Services; )
   **David Still**, San Francisco District Director, )
19 United States Citizenship and Immigration )
20 Services;                          )
   **Robert S. Mueller III**, Director of the Federal )
21 Bureau of Investigation,           )
                                      )
22         Defendants.                )
23                                    )
   _____)
24

25                    NOTICE OF CHANGE OF ADDRESS

26     TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

27     PLEASE TAKE NOTICE THAT Justin G. Fok has changed his address.

28     Current Contact Information:

Case No. 07-3468 RMW                  1
Notice of Change of Address

1  Justin G. Fok
2  Law Offices of Jean D. Chen
   2107 N. First Street, Suite 400
3  San Jose, CA 95131

4

5  Dated: October 17, 2007                             Respectfully Submitted,
6

7
                                                      _____/s/_____
8                                                     Justin Fok, CA Bar: 242272
                                                      Attorney for Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 07-3468 RMW                    2
Notice of Change of Address