1 SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4 Assistant United States Attorney

5 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/18/07*

| | |
|---|---|
| CHUN LIANG BAO, | No. C 07-3468 RMW |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS; AND [] ORDER** |
| ALBERTO GONZALES, United States Attorney General, United States Department of Justice; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; DAVID STILL, San Francisco District Director, United States Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, | |
| Defendants. | |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C07-3468 RMW                                      1

| | | |
|---|---|---|
| 1 | Dated: September 6, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| | | United States Attorney |

/s/
_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendants

Dated: September 6, 2007

/s/
_____
JUSTIN FOK
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10/18/07

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge

Stipulation to Dismiss
C07-3468 RMW                                        2